## Alton Grain Company v. J. Henry Norton.

**Bill for an Injunction.**—Appeal from the Superior Court of Cook County; the Hon. ARTHUR H. CHETLAIN, Judge presiding. Heard in this court at the October term, 1902. Reversed in part and affirmed in part. Opinion filed January 8, 1903.

JAMES E. MUNROE, attorney for appellant.

CUSTER, GODDARD & GRIFFIN, attorneys for appellee.

MR. PRESIDING JUSTICE BALL delivered the opinion of the court.

The injunctional decree rendered herein is reversed, in so far as it enjoins the defendant, the Alton Grain Company, from preferring any charges against the complainant, J. Henry Norton, before the directors of said board of trade for failure upon his part to carry out the terms of his contract for the delivery of contract or standard oats to the said defendant during the month of July, 1902, and from preferring any charges against the said J. Henry Norton before the board of directors of the board of trade for the purpose of disciplining him, or in anywise calling him to account for his failure or alleged failure to carry out the terms of said contract for the delivery of contract or standard oats to the defendant during the month of July, 1902.

The remainder of said injunctional order is hereby affirmed.

The decision of this case, in so far as the interlocutory

decree is affirmed, is controlled by the opinion filed in
Bank of Montreal v. Waite, *supra*.

MR. JUSTICE ADAMS: I concur in the decision, except in
so far as it reverses part of the order of the Superior Court.